authority of Doscher v. Wyckoff, 132 App. Div. 139, 116 N. Y. Supp. 389, and Heiferman v. Scholder, 134 App. Div. 579, 119 N. Y. Supp. 520.

HEINITZ, Respondent, v. DARMSTADT, Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Saul Heinitz against Frank Darmstadt. For former opinion, see, 140 App. Div. 252, 125 N. Y. Supp. 109.

PER CURIAM. Motion for reargument denied, with $10 costs.

HENCHY, Appellant, v. KNOBURN CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by John Henchy against the Knoburn Company. No opinion. Order unanimously affirmed, with costs.

HERBERT, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by Olive Herbert against the City of New York. R. R. Billington, for appellant. C. L. Barber, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HIGLEY et al. v. NOVARK et al. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) In the matter of supplementary proceedings by Clifford W. Higley and another against William Novark and another. No opinion. Application for stay granted.

HILL et al. v. BROOKLYN HEIGHTS R. Co. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Sarah Hill and another against the Brooklyn Heights Railroad Company. No opinion. Motion denied, with $10 costs.

HILL v. HARWAY et al. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by James K. Hill, as executor, etc., of George G. Bennett, deceased, against James W. Harway and others. No opinion. Appeal dismissed on argument, with $10 costs and disbursements. Settle order before the Presiding Justice. See, also, 127 N. Y. Supp. 1125.

HINMAN, Respondent, v. KEYES, Appellant. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Harvey D. Hinman against Cora W. Keyes. No opinion. Motion granted, and question certified as follows: Was the Special Term authorized under section 1013 of the Code of Civil Procedure, to refer the issues in this action to a referee for trial? See, also, 127 N. Y. Supp. 1125.

In re HOME BOOK CO. (Supreme Court, Appellate Division, First Department. March 31, 1911.) In the matter of the Home Book Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 127 N. Y. Supp. 1125.

HORAN, Appellant, v. MASON, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by James J. Horan against Cassity E. Mason. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 141 App. Div. 89, 125 N. Y. Supp. 668.

HOWLETT, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Annie Howlett, an infant, etc., against the American Manufacturing Company. J. F. Carew, for appellant. E. C. Crowley, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

McLAUGHLIN, J., dissents.

In re HUGHES. (Supreme Court, Appellate Division, First Department. March 24, 1911.) In the matter of Louise B. Hughes. No opinion. Motion denied. Settle order on notice.

HUTCHINGS, Respondent, v. TIBBALS et al., Appellants. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Frederick E. Hutchings against E. Nelson Tibbals and others. W. F. Unger, for appellants. A. A. Michell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re ION. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) In the matter of the application of Theodore P. Ion for admission to the bar. No opinion. Application granted.

JACKSON, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Bernhardt Jackson against the Metropolitan Life Insurance Company. No opinion. Interlocutory judgment (69 Misc. Rep. 265, 126 N. Y. Supp. 680) affirmed, with costs.

In re JAMACIA AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 28, 1911.) In the matter of the application of the City of New York relative to acquiring title, etc., to lands, etc., for the opening and extending of Jamacia Avenue. No opinion. Orders affirmed on reargument, without costs.

JELIN, Respondent, v. SINGER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action